James Luther Drake, Jr., Karsman, Brooks & Callaway, P.C., Savannah, GA, for Defendant–Appellee.

In re Daniel A. WELZEL, Debtor.

Advocate Realty Investments, LLC, Plaintiff–Appellant,

Kenneth L. Royal, Plaintiff,

v.

Daniel A. Welzel, Defendant–Appellee.

In re Daniel A. Welzel, Debtor.

Advocate Realty Investments, LLC, Plaintiff–Appellant,

Before ANDERSON, Chief Judge, TJOFLAT, EDMONDSON, BIRCH, DUBINA, BLACK, CARNES, BARKETT, HULL, MARCUS and WILSON, Circuit Judges.*

BY THE COURT:

A member of this court in active service having requested a poll on the suggestion of rehearing en banc and a majority of the

* Senior U.S. Circuit Judge Emmett R. Cox has elected to participate in further proceedings in this matter pursuant to 28 U.S.C. § 46(c).

judges in this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above causes shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.